**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                                                  **Case No. 8:04-cr-374-T-30TBM**

**FRANKLIN JOSE MORAN-ALARCON,**

    **Defendant.**
_____/

**O R D E R**

THIS CAUSE is before the court on the **United States' Sealed Motion for a Hearing Regarding Potential Conflict of Interest** (Doc. S-6).  A hearing on the motion was conducted June 8, 2006.  Subsequent to the hearing the court requested Joaquin Perez, counsel for the Defendant, provide a supplemental pleading (Doc. S- 10).

Upon consideration, the court finds that there is no actual conflict of interest preventing counsel from continuing to represent Franklin Jose Moran-Alarcon.  While I believe that there is, at least, a potential for conflict and an appearance of impropriety with counsel's representation of a defendant in a somewhat related proceeding, in all the circumstances, I cannot conclude that the potential conflict or the appearance of impropriety is such that the court should overrule the Defendant's desire to have Mr. Perez as his counsel.  Further, I have conducted a lengthy <u>Garcia</u> hearing with the Defendant who acknowledges his understanding of the circumstances and confirms his desire to have Mr. Perez, continue to

represent him in this matter. As indicated at the hearing, I find the Defendant has knowingly, intelligently, and voluntarily waived any conflicts, potential or otherwise, by reason of Mr. Perez's continued representation.

      **Done and Ordered** in Tampa, Florida, this 22nd day of June 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

Case 8:04-cr-00374-JSM-AEP   Document 150   Filed 06/23/06   Page 2 of 2 PageID 310